# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEI LICENSING, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRYOS GUARD, S.L., <br><br> Defendant. | Civil Action No. 1:13-cv-06922 <br><br> Judge Virginia M. Kendall |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT
## AND PERMANENT INJUNCTIVE RELIEF

Plaintiff PEI LICENSING, INC. ("PEI Licensing" or "Plaintiff") hereby respectfully asks this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, to enter a default judgment against the Defendant, KRYOS GUARD, S.L. ("Kryos Guard" or "Defendant"). In support of its request, Plaintiff hereby states as follows:

1. On March 12, 2014, this Court entered an order of default against Kryos Guard. (Docket Entry No. 21).

2. As stated in the attached affidavit of Maria Folyk-Kushnier, Senior Vice President of Licensing for PEI Licensing (attached as Exhibit A), PEI Licensing's minimum annual royalty for licensing the Original Penguin trademark on similar products has been in the range of ▓▓▓▓ dollars or more. Therefore, PEI Licensing has suffered damages in the amount of at least ▓▓▓▓ dollars as a result of the infringement by Kryos Guard.

3. Because Defendant has failed to plead or otherwise defend this action, and because Plaintiff suffered harm, entry of a default judgment against Kryos Guard is warranted to compensate PEI Licensing for its actual damages.

4. Therefore, pursuant to Rule 55(b)(2), PEI Licensing requests entry of a default judgment against Kryos Guard in the amount of ███████.

5. PEI Licensing also requests an order enjoining Defendant from using a penguin design similar to PEI Licensing's PENGUIN Marks in connection with apparel and on-line retail services related to apparel, as described in the attached Proposed Order.

\* \* \*

Respectfully submitted,

PEI LICENSING, INC.

By: <u>Tom Monagan</u>
Joseph V. Norvell
Tom M. Monagan
NORVELL IP LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (888) 315-0732
Facsimile: (312) 268-5063

Attorneys for PEI LICENSING, INC.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTIVE RELIEF was served upon Defendant and its Spanish counsel via United States mail, first class, postage prepaid, with a courtesy copy to Defendant via email and to Defendant's Spanish counsel via facsimile, to the following addresses:

>Kryos Guard, S.L.
>Rambla de Catalunya, 38 – 8ª Planta
>Barcelona E08007 Spain
>E-mail: kryosguard@gmail.com; ptenedor@gmail.com
>
>Mr. Onofre Indalacio Sáez Menchón
>Gran Via, 69-5°Of. 510
>Madrid 28013 Spain
>Fax No. 915235341

Date: June 17, 2014          By: <u>Tom Monagan</u>
                                                  Tom M. Monagan